1 Ann M. Cerney, SBN: 068748
  Attorney at Law
2 45 Hunter Square Plaza
  Stockton, California 95202
3 Telephone: (209) 948-9384
  Facsimile: (209) 948-0706
4
  Attorney for Plaintiff
5

6

7

8 **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9 —o0o—

10 CARMEN MARIA AGUILAR,                CASE NO. 2:11-CV-03302-EFB

11         Plaintiff,                  **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

12 vs.

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
            Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18 APPROVED.

19     Plaintiff shall file her Motion For Summary Judgment on or before July 16, 2012.

20     SO ORDERED.

21 DATED: June 6, 2012.          _____
                                 EDMUND F. BRENNAN
22                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

---
1
STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT