BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 977-8873
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CARMEN MARIA AGUILAR, ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br>     Defendant. ) <br> _____ ) | Case No. 2:11-cv-03302-EFB <br><br> STIPULATION AND PROPOSED ORDER FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Plaintiff will be given an opportunity for another hearing and an opportunity to present new evidence. The Appeals Council will specifically direct the administrative law judge to discuss Dr. Gauch's examining opinion; the ALJ shall explain the weight he has given to any medical source opinion, and should explain why his residual functional capacity finding differs from the statements of any medical sources in the record.

Stip. & Prop. Order to Remand                  1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner. The parties agree that no aspect of the Commissioner's final decision is affirmed and that the ALJ will render a *de novo* decision on remand. Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted August 15, 2012.

Respectfully submitted,

Dated: August 15, 2012          */s/ Ann Cerney*
                                (As authorized via telephone)
                                ANN CERNEY
                                Attorney for Plaintiff


                                BENJAMIN B. WAGNER
                                United States Attorney

Date: August 15, 2012           By *s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant Michael J. Astrue


ORDER

APPROVED AND SO ORDERED.

DATED: August 16, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order to Remand                2