1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel
3  DANIEL P. TALBERT
4  Special Assistant United States Attorney
       Social Security Administration
5      160 Spear Street, Suite 800
       San Francisco, CA 94105
6      Telephone: (415) 977-8926
7      Facsimile: (415) 977-8873

8  Attorneys for Defendant

9

       UNITED STATES DISTRICT COURT
10     EASTERN DISTRICT OF CALIFORNIA
11     SACRAMENTO DIVISION

12

13 CARMEN AGUILAR,                        )   CASE NO. 2:11-CV-03302-EFB
                                          )
14          Plaintiff,                    )   STIPULATION AND ~~PROPOSED~~ ORDER
   vs.                                    )   FOR THE AWARD OF ATTORNEY FEES
15                                        )   PURSUANT TO THE EQUAL ACCESS TO
16 MICHAEL J. ASTRUE,                     )   JUSTICE ACT, 28 U.S.C. § 2412(d)
   Commissioner of Social Security,       )
17          Defendant.                    )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21 _____

22      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

23 subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA)

24 application is hereby withdrawn.

25      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

26 subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the

27 amount of FIVE THOUSAND FIVE HUNDRED dollars and 0 cents ($5,500.00).  This amount

28

Stip. & Prop. Order for EAJA             1

represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted December 10, 2012

Dated: December 10, 2012

    Respectfully submitted,
    */s/ Ann M. Cerney*
    (As authorized via email)
    ANN M. CERNEY
    Attorney for Plaintiff


    BENJAMIN B. WAGNER
    United States Attorney

Date: December 10, 2012    By *s/ Daniel P. Talbert*
    DANIEL P. TALBERT
    Special Assistant U. S. Attorney

    Attorneys for Defendant Michael J. Astrue

**ORDER**

Pursuant to stipulation, it is so ordered.

DATED: December 13, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for EAJA    3